## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**METHO CIKA,**
**A# 079-084-055,**

          **Petitioner,**

**vs.**                                          **Case No. 4:19cv615-WS-MAF**

**CHAD F. WOLF, ACTING SECRETARY**
**OF THE DEPARTMENT OF HOMELAND**
**SECURITY, et al.,**

          **Respondents.**

_____/

## ORDER and REPORT AND RECOMMENDATION

This case was initiated on December 23, 2019, with the filing of a

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No.

1.  Petitioner was represented by counsel and the filing fee was paid.  *Id.*

An Order was entered directing a response to the petition as required

by Rule 4 of the Rules Governing § 2254 Cases.  ECF No. 7.

Respondents filed a response, ECF No. 9, and Petitioner filed a reply, ECF

No. 10.  After consideration, a Report and Recommendation was entered

on April 21, 2020, recommending the petition be granted.  ECF No. 14.

Thereafter, Respondents filed a motion to dismiss the petition as moot, ECF No. 15, advising that Petitioner "was released from ICE custody on April 30, 2020, with conditions of supervision." *Id.* at 1.  The motion demonstrated that upon release, Petitioner will reside in Jacksonville, Florida. *Id.* at 4.  The motion was also supplemented by an exhibit, ECF No. 16, which confirmed Petitioner's release.  ECF No. 16-1.

Another Order was issued which noted that the motion did not include a certificate of conferral which advised of Petitioner's position to the motion. As Petitioner was represented by counsel, an opportunity was provided for Petitioner to respond to the motion.  ECF No. 17.  Petitioner has not responded by the deadline provided and it must be presumed that he does not oppose dismissal.

Accordingly, it is

**ORDERED:**

1.  The prior Report and Recommendation, ECF No. 14, is hereby **VACATED**.

**Recommendation**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss the petition as moot, ECF Nos. 15-16, be **GRANTED** and

this case be **DISMISSED** because Petitioner has received the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2020.


 S/      Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**