IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

METHO CIKA,
A# 079–084–055,

    Petitioner,

v.                                                        4:19cv615–WS/MAF

CHAD F. WOLF, ACTING SECRETARY
OF THE DEPARTMENT OF HOMELAND
SECURITY, MICHAEL MEAD, SCOTT
TAFF, and WILLIAM BARR,

    Respondents.

_____

ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed May 12, 2020. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is ADOPTED and incorporated by reference into this order of the court.

2. Respondents' motion (ECF Nos. 15 & 16) to dismiss the petition is GRANTED.

3. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED.

4. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is dismissed."

DONE AND ORDERED this   12th   day of   June  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE